# UNITED STATES DISTRICT COURT
### District of Connecticut
#### U. S. Probation Office

**Edward S. Chinn**
Chief United States Probation Officer

157 Church St., 22nd Floor
New Haven, CT 06510
Phone: 203.773.2100
Fax: 203.773.2200

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 5/20/09

450 Main St., Room 735
Hartford, CT 06103
Phone: 860.240.3661
Fax: 860.240.2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: 203.579.5707
Fax: 203.579.5571

## MEMORANDUM

May 20, 2009

**To:** The Honorable Lewis A. Kaplan
U.S. District Judge Southern District of New York

MAY 20 2009

**From:** Brendon M. Pierpaoli
U.S. Probation Officer District of Connecticut
Bridgeport Office
Phone 203 579-5511 Fax 203 579-5571

**Subject:** Ronald Leonard
Docket No.: 1:02:CR01087(LAK)
Request for International Travel: May 24, 2009 to June 6, 2009

The above-named individual was presented before Your Honor on April 7, 2003, and sentenced to 70 months' incarceration, followed by four years' supervised release. Sentencing followed his guilty plea to Count One of the Indictment charging Conspiracy to Distribute and Possess With Intent to Distribute Marijuana, in violation of 21 U.S.C. §§ 841(a)(1)& 841(b)(1)(A). Special conditions imposed by the Court are as follows: (1) The defendant shall provide the Probation office with all financial information it may request until the fine is fully paid. (2) The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which may include testing to determine whether he has reverted to the use of drugs or alcohol. The Court authorized the release of available substance abuse treatment evaluations and reports to the treatment provider, as approved by the probation officer. The defendant shall contribute to the costs of services rendered in an amount to be determined by the probation officer, based on his ability to pay and the availability of third-party payment.

Mr. Leonard began his term of supervised release on January 11, 2008 and scheduled to complete his term of supervision on January 10, 2013. He is currently 59 years old.

Mr. Leonard has paid his Court fine and special assessment. He has maintained full-time employment at Foster Grant International as a service representative. All urinalysis samples collected have been negative for the presence of illicit drugs. Mr. Leonard had been screened for substance abuse treatment and it has been determined that he did not required a referral for substance abuse treatment. He has been participating in narcotics anonymous meetings on a weekly basis and providing verification of his participation. Since the Fall of 2008, Mr. Leonard has enrolled in part-time courses at Western Connecticut State University, in Danbury, Connecticut. He has been submitting his annual tax returns to the Probation Office.

Mr. Leonard has requested permission to travel with his aging mother to visit family in Milan, Italy from May 24, 2009, to June 6, 2009. He has requested this travel recently because his mother has become to old to travel alone. Mr. Leonard has submitted his entire travel itinerary.

Mr. Leonard has traveled within the continental United States while on supervision and has complied with all conditions of supervision. The Probation Office does not view Mr. Leonard a flight risk, or a danger to the community based on his overall compliance with supervision.

On May 20, 2009, the Probation Office contacted Assistant United States Attorney, (AUSA) Brendan McGuire of the Southern District of New York. AUSA McGuire has inherited Mr. Leonard's case from former AUSA Bret Williams. During that conversation, AUSA McGuire was briefed on the international travel request from Mr. Leonard and updated on Mr. Leonard's compliance with his conditions of supervision. AUSA McGuire voice no objections to this request and has emailed this probation officer with his support of Mr. Leonard's international travel request. This email has been forwarded to the Court for review.

The probation office has no objection to Mr. Leonard's travel request. Mr. Leonard has informed the Probation Office that he can delay his travel plans if the Court rejects the current request, or needs more time to consider his request for international travel. We appreciate the Court attention to this matter with such short notice.

We respectfully request Your Honor consider Mr. Leonard's request for international travel and recommend it be approved.


APPROVED:                                          DISAPPROVED:

_[signature]_

The Honorable Lewis A. Kaplan                      The Honorable Lewis A. Kaplan
U.S. District Judge                                U.S. District Judge

Date: 5/20/09                                      Date: _____

BMP



"McGuire, Brendan (USANYS)" <Brendan.McGuire@usdoj.gov>

05/20/2009 12:57 PM

To <Brendon_Pierpaoli@ctp.uscourts.gov>
cc
bcc
Subject  Ronald Leonard

Brendon,

As we discussed on the telephone today, our Office does not object to Mr. Leonard's request for international travel on the dates requested. Please let me know if I can be of any further assistance.

Thank you.

Brendan R. McGuire

Assistant U.S. Attorney

Southern District of New York

One St. Andrew's Plaza

New York, New York 10007

212.637.2220 (p)

212.637.0128 (f)